UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Lori Bowen,<br><br>      Plaintiff,<br><br>      v.<br><br>Commissioner of Social Security,<br><br>      Defendant. | Civil Action No. 2:25–cv–935 |

**ORDER**

On or before March 5, 2026, Defendant shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 26th day of February 2026.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge